IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| ANN MITCHELL, ET AL. | § § § | |
| V. | § § § | NO.   P-09-CV-037 |
| WINKLER COUNTY, ET AL. | § | |

### ORDER

On October 28, 2009 the Court met with counsel in chambers and held an informal status conference. The Court will issue the following Order:

IT IS ORDERED that the Court will ABATE this case pending the outcome of the underlying criminal matter. Counsel is directed to notify the Court upon the conviction or dismissal of the underlying case.

IT IS FURTHER ORDERED that the parties mediate this case no later than December 31, 2009.

IT IS FINALLY ORDERED that no later than November 13, 2009 the parties notify the Court of the mediator it has selected, if the parties are unable to agree upon a mediator the Court will appoint one.

IT IS SO ORDERED.

SIGNED this __2__ day of November, 2009.

ROBERT JUNELL
UNITED STATES DISTRICT JUDGE