IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| ANNE MITCHELL, et al.<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | P-09-CV-37 |
| | §<br>§ | |
| WINKLER COUNTY, et al.<br>Defendants. | §<br>§ | |

FILED
MAR - 1 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## ORDER REINSTATING CAUSE OF ACTION

On November 2, 2009, the Court entered an Order abating this case pending the outcome of an underlying criminal matter. In the interim, the parties were to mediate the case; that mediation was unsuccessful.

The Court has learned that the underlying criminal matter has been resolved and now RESCINDS the abatement and REINSTATES the cause of action. A scheduling order will follow.

**IT IS SO ORDERED.**

SIGNED on this 25 day of **FEBRUARY, 2010.**

ROBERT JUNELL
United States District Judge
Western District of Texas

K:\Junell Chambers\JUNELL CLERKS\MBaker\Civil\Mitchell v. Winkler County, P-09-CV-37\Order - unabate.wpd
February 25, 2010 (10:47am)

Page 1 of 1