IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| ANNE MITCHELL, and<br>VICKILYN   GALLE | §<br>§<br>§ | |
| Plaintiffs, | § | CIVIL ACTION NO. P-09-CV-037-RAJ |
| vs. | §<br>§ | |
| WINKLER COUNTY AND<br>STAN WILEY,<br>INDIVIDUALLY, AND IN HIS<br>OFFICIAL CAPACITY AS<br>ADMINISTRATOR OF THE WINKLER<br>COUNTY MEMORIAL HOSPITAL ,<br>ROBERT L. ROBERTS JR.,<br>INDIVIDUALLY, AS AS SHERIFF,<br>OF WINKLER COUNTY, TEXAS,<br>ROLANDO G. ARAFILES JR,<br>INDIVIDUALLY,<br>SCOTT M. TIDWELL, INDIVIDUALLY,<br>AND IN HIS OFFICIAL CAPACITY AS<br>COUNTY ATTORNEY, AND<br>MIKE FOSTEL, INDIVIDUALLY, AND<br>IN HIS OFFICIAL CAPACITY AS<br>DISTRICT ATTORNEY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

**ORDER DENYING DEFENDANT ROLANDO G. ARAFILES, JR.'S
12(b)(6) MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

On this day, the Court considered the Defendant Rolando G. Arafiles' 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint in the above-styled and numbered cause. The Court finds that the following Order should be entered and should applied to the above-entitled cause. Accordingly,

It is **ORDERED** that Defendant Rolando G. Arafiles Motion to Dismiss Plaintiffs' First Amended Original Complaint for Failure to State a Claim on Which Relief May be Granted be, and

is hereby **DENIED.**

It is so Ordered.

Signed on May _____, 2010.

                                                                                                                                 _____
ROBERT JUNELL
UNITED STATES DISTRICT JUDGE