IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION



FILED
AUG 18 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| ANNE MITCHELL, and VICKILYN GALLE<br>Plaintiffs, | §<br>§<br>§<br>§ |
| vs. | § Civil Action No.: P-09-CV-037 |
| WINKLER COUNTY AND THE WINKLER COUNTY MEMORIAL HOSPITAL, STAN WILEY, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE WINKLER COUNTY MEMORIAL HOSPITAL, ROBERT L. ROBERTS, JR., INDIVIDUALLY, AND AS SHERIFF OF WINKLER COUNTY, TEXAS, ROLANDO G. ARAFILES, JR., INDIVIDUALLY, SCOTT M. TIDWELL, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS COUNTY ATTORNEY, AND MIKE FOSTEL, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

ON THIS _17_ day of _August_, 2010, came on to be heard the Joint Motion to Dismiss of all Plaintiffs and all Defendants in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice to the right of all Plaintiffs and all Defendants to ever refile same or any part thereof. All costs of Court are taxed against the party incurring same.

On this day the Motion to Withdraw Depositions and Exhibits having been presented and considered by the Court, and the Court, finding that the same should be granted, makes the following orders:

IT IS THEREFORE ORDERED that all depositions and exhibits heretofore filed and/or admitted into evidence in this case may be withdrawn by all parties herein, and shall be, tendered unto the party submitting the same, by and through its attorney of record. All relief not herein granted is denied so that this is a final and appealable judgment.

SIGNED THIS 17 day of August, 2010.

_____
JUDGE PRESIDING